# United States District Court
## Southern District of Georgia

Sonny Michael Vasquez

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-10

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/30/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the Petitioners' motion to vacate pursuant to 28:2255 and this case stands closed.



12/30/16
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk